**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America for the Use and benefit of Reinen Const. Co., | No. CV-12-1817-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Marsh Development Corp., et al., | |
| Defendants, | |
| And Related Counterclaim. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 52.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 12th day of August, 2013.

Stephen M. McNamee
Senior United States District Judge